1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   JOHN CROWE, et al.
6

7  John David Higginbotham, Esquire
   Best, Best & Krieger LLP
8  P.O. Box 1028
   Riverside, California 92502-1028
9  Telephone: (951) 686-1450
   Facsimile: (951) 686-3083
10
   Attorneys for Defendant,
11 HARTWICK & HAND, INC., STACY HAND

12

13              UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA

15                  (Fresno Division)

16

17 JOHN CROWE, individually      )  CASE NO. CV 06-1302 LJO
   and on behalf of all others   )
18 similarly-situated,           )  STIPULATION TO AMEND
                                  )  PRELIMINARY SCHEDULING
19             Plaintiff,         )  ORDER; ORDER
                                  )
20 vs.                           )
                                  )
21 HARTWICK & HAND, INC., STACY  )
   HAND, and DOES 1 through 100,  )
22                                )
              Defendants.         )
23 ─────────────────────────────)

24     It is hereby stipulated by and between the parties, through

25 their respective attorneys, as follows:

26         1.  The parties have diligently conducted discovery

27 regarding to class certification.

28         2.  There is a large volume of business documents that

─────────────────────────────────────────────────────
STIPULATION TO AMEND PRELIMINARY              CASE NO. CV 06-1302  LJO
SCHEDULING ORDER; ORDER

1  are scheduled to be reviewed by plaintiff's counsel in Southern
2  California on March 6, 2007.

3         3.   These documents cannot be released to plaintiff or
4  his counsel until the Court signs the protective order submitted on
5  February 28, 2007.

6         4.   As a result, depositions in this matter cannot be
7  completed prior to the current March 19, 2007 cutoff for discovery
8  regarding class certification.

9     Based on the above, the parties stipulate and request that the
10  Court amend its Preliminary Scheduling Order(Doc. 13) as follows:

11        1.   The    cut-off   for   discovery regarding class
12  certification be extended to May 18, 2007.

13        2.   The deadline for the hearing on plaintiff's motion
14  for class certification be extended to June 29, 2007.

15  Dated:  _March 2_____, 2007

16                                    /s/ Jerry Budin
                                      _____
17                                    JERRY BUDIN
                                      Attorney for Plaintiff,
18                                    JOHN CROWE, et al.

19                                    BEST, BEST & KRIEGER LLP

20
                                       /s/ John D. Higginbotham
21  Dated:  __March 2_____, 2007
                                      _____
22                                    JOHN DAVID HIGGINBOTHAM
                                      Attorney for Defendants,
                                      HARTWICK & HAND, INC., and
23                                    STACY HAND

24  ///
    ///
25

26

27

28
    _____
    STIPULATION TO AMEND PRELIMINARY                CASE NO. CV 06-1302  LJO
    SCHEDULING ORDER; ORDER              2

ORDER

1    GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

    1.    The    cutoff    for    discovery    regarding    class certification is continued to and including May 18, 2007.

    2.    The    deadline    for    the    hearing    on    plaintiff's anticipated motion for class certification is continued to and including June 29, 2007.

    3.    In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:    March 2, 2007**                              /s/ Lawrence J. O'Neill
**b9ed48**                              **UNITED STATES DISTRICT JUDGE**