1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   JOHN CROWE, et al.
6

7  John David Higginbotham, Esquire
   Best, Best & Krieger LLP
8  P.O. Box 1028
   Riverside, California 92502-1028
9  Telephone: (951) 686-1450
   Facsimile: (951) 686-3083
10
   Attorneys for Defendant,
11 HARTWICK & HAND, INC., STACY HAND

12

13                  UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15                        (Fresno Division)

16

17 JOHN CROWE, individually          )  CASE NO. CV 06-1302 LJO SMS
   and on behalf of all others      )
18 similarly-situated,               )  STIPULATION TO AMEND
                                     )  PRELIMINARY SCHEDULING
19              Plaintiff,           )  ORDER; ORDER
                                     )
20 vs.                               )
                                     )
21 HARTWICK & HAND, INC., STACY      )
   HAND, and DOES 1 through 100,     )
22                                   )
                Defendants.          )
23 _____ )

24      It is hereby stipulated by and between the parties, through

25 their respective attorneys, as follows:

26       1.  The parties have diligently conducted discovery

27 regarding to class certification.

28       2.  Plaintiff's counsel reviewed a large volume of

---
STIPULATION TO AMEND PRELIMINARY                    CASE NO. CV 06-1302 LJO
SCHEDULING ORDER; ORDER

1 business documents at defense counsel's office in Southern
2 California on March 6, 2007.
3    3. However, depositions in this matter cannot be
4 completed prior to the current May 18, 2007 cutoff for discovery
5 regarding class certification.
6    4. Furthermore, defense counsel will out of the state
7 and unavailable in late June and early July.
8  Based on the above, the parties stipulate and request that the
9 Court amend its Preliminary Scheduling Order(Doc. 13) as follows:
10    1. The cut-off for discovery regarding class
11 certification be extended to July 18, 2007.
12    2. The deadline for the hearing on plaintiff's motion
13 for class certification be extended to August 24, 2007.
14 Dated: May 16, 2007
15         /s/ Jerry Budin
        _____
16         JERRY BUDIN
        Attorney for Plaintiff,
17         JOHN CROWE, et al.
18         BEST, BEST & KRIEGER LLP
19
        /s/ John Higginbotham
20 Dated: May 16, 2007
        _____
21         JOHN DAVID HIGGINBOTHAM
        Attorney for Defendants,
        HARTWICK & HAND, INC., and
22         STACY HAND
///
23 ///
24
25
26
27
28

STIPULATION TO AMEND PRELIMINARY      2      CASE NO. CV 06-1302 LJO
SCHEDULING ORDER; ORDER

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The cutoff for discovery regarding class certification is extended to and including July 18, 2007.

2. The deadline for the hearing on plaintiff's anticipated motion for class certification is continued to and including August 24, 2007.

3. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:   May 16, 2007**                    **/s/ Lawrence J. O'Neill**
                                             **UNITED STATES DISTRICT JUDGE**