1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   JOHN CROWE, et al.
6

7  John David Higginbotham, Esquire
   Best, Best & Krieger LLP
8  P.O. Box 1028
   Riverside, California 92502-1028
9  Telephone: (951) 686-1450
   Facsimile: (951) 686-3083
10
   Attorneys for Defendant,
11 HARTWICK & HAND, INC., STACY HAND

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                         (Fresno Division)

16

17 JOHN CROWE, individually        ) CASE NO. CV 06-1302 LJO SMS
   and on behalf of all others    )
18 similarly-situated,             ) STIPULATION TO AMEND
                                   ) PRELIMINARY SCHEDULING
19              Plaintiff,         ) ORDER; ORDER
                                   )
20 vs.                             )
                                   )
21 HARTWICK & HAND, INC., STACY    )
   HAND, and DOES 1 through 100,   )
22                                 )
                Defendants.        )
23 _____  )

24      It is hereby stipulated by and between the parties, through

25 their respective attorneys, as follows:

26      1.  The court previously amended the Scheduling Order in this

27 matter to permit the parties to complete discovery regarding class

28 certification on or before July 18, 2007. (See Doc. 13 as amended

1  by Doc. 22).

2      2.   The parties have now completed class certification
3  discovery and have concluded that it would be more fruitful at this
4  time to explore settlement rather than to expend further resources
5  on continued litigation.

6      3. Therefore, to allow the parties to engage in good faith
7  settlement discussions, they request that this court amend its
8  Scheduling Order to extend the deadline for plaintiff's motion for
9  class certification by sixty (60) days.

Dated: July 12, 2007

    /s/ Jerry Budin
_____
JERRY BUDIN
Attorney for Plaintiff,
JOHN CROWE, et al.

BEST, BEST & KRIEGER LLP

    /s/ John Higginbotham
Dated: July 12, 2007
_____
JOHN DAVID HIGGINBOTHAM
Attorney for Defendants,
HARTWICK & HAND, INC., and
STACY HAND

19 ///
20 ///

STIPULATION TO AMEND PRELIMINARY
SCHEDULING ORDER; [PROPOSED] ORDER       2        CASE NO. CV 06-1302 LJO

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadline for the hearing on plaintiff's anticipated motion for class certification is continued for sixty (60) days to and including October 24, 2007.

2. No further extensions will be granted.

3. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:   July 12, 2007**               /s/ Lawrence J. O'Neill
                                        **UNITED STATES DISTRICT JUDGE**