1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   JOHN CROWE, et al.
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                        (Fresno Division)

11 JOHN CROWE, individually        )  CASE NO. CV 06-1302 LJO SMS
   and on behalf of all others    )
12 similarly-situated,            )  NOTICE OF SETTLEMENT;
                                   )           ORDER
13                Plaintiff,       )
                                   )
14 vs.                             )
                                   )
15 HARTWICK & HAND, INC., STACY    )
   HAND, and DOES 1 through 100,  )
16                                 )
                  Defendants.      )
17 _____)

18      Plaintiff, John Crowe, hereby gives notice that the parties

19 herein have reached a settlement in this class and collective

20 action, subject to the Court's preliminary and final approval.

21      The plaintiff requests that the Court grant plaintiff to and

22 including October 19, 2007 to file his motion for preliminary

23 approval of the settlement.

24 Dated: September 18, 2007        LAW OFFICE OF JERRY BUDIN

25

26                                  /s/ Jerry Budin_____
                                    JERRY BUDIN
27                                  Attorney for Plaintiff,
                                    JOHN CROWE, et al.,
28                                  individually and on behalf
                                    of all others similarly-situated

1

**ORDER**

2   Plaintiff shall file his motion for preliminary approval of
3   the settlement on or before October 19, 2007.
4
5
    **IT IS SO ORDERED.**
6
    **Dated:   September 20, 2007**                /s/ Lawrence J. O'Neill
7                                              **UNITED STATES DISTRICT JUDGE**