1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   JOHN CROWE, et al.
6

7  John D. Higginbotham
   State Bar #204179
8  Best, Best & Krieger LLP
   P.O. Box 1028
9  Riverside, California 92502-1028
   Telephone: (951) 686-1450
10 Facsimile: (951) 686-3083

11 Attorneys for Defendants,
   HARTWICK & HAND, INC., STACY HAND
12

13
                     UNITED STATES DISTRICT COURT
14
                     EASTERN DISTRICT OF CALIFORNIA
15
                            (Fresno Division)
16

17
   JOHN CROWE, individually      ) CASE NO. CV F 06-1302 LJO SMS
18 and on behalf of all others   )
   similarly-situated,           ) STIPULATION TO SHORTEN TIME
19                               ) FOR FILING AND SERVING MOTION
                  Plaintiff,     ) FOR PRELIMINARY APPROVAL OF
20                               ) CLASS ACTION SETTLEMENT;
   vs.                           ) ORDER
21                               )
   HARTWICK & HAND, INC., et al. )
22                               )
                  Defendants.    )
23 _____)

24
        It is hereby stipulated by and between the parties, through
25
   their respective attorneys, that a settlement in this class action
26
   has been reached and that plaintiff will be filing a motion for
27
   preliminary approval of the settlement on or before October 19,
28
   ─────────────────────────────────────────────────────────────────
   STIPULATION TO SHORTEN TIME FOR FILING AND SERVING       CASE NO. CV F 06-1302 LJO SMS
   MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
   SETTLEMENT; [PROPOSED] ORDER

2007.

It is further stipulated that given the motion will be <u>unopposed</u>, the parties request that the Court shorten the normal time for the filing and serving of a notice of motion from twenty-eight (28) days to a minimum of at least fourteen (14) days and schedule the hearing for November 7, 2007 at 8:30 a.m.

Dated: October 19, 2007        LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin
_____
JERRY BUDIN
Attorney for Plaintiff,
JOHN CROWE

Dated: October 19, 2007        BEST, BEST & KRIEGER LLP

/s/ John D. Higginbotham
_____
JOHN D. HIGGINBOTHAM
Attorneys for Defendants,
HARTWICK & HAND, INC. and
STACY HAND

**ORDER**

The Court, having read and considered the above stipulation and finding good cause therefrom, orders that plaintiff may file and serve his Motion For Preliminary Approval Of Class Action Settlement on shortened notice of at least fourteen (14) days and that said motion is scheduled for November 7, 2007, at 8:30 a.m..

<u>IT IS SO ORDERED.</u>

**Dated:    October 22, 2007            /s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE