Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
JOHN CROWE, et al.

**FILED**

FEB 2 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JOHN CROWE, et al., | CASE NO. CV-F-06-1302 LJO SMS |
| Plaintiffs, | [AMENDED ~~PROPOSED~~] ORDER AND JUDGMENT ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| vs. | |
| HARTWICK & HAND, INC., et al., | |
| Defendants. | |

Pursuant to the Order On Preliminary Approval Of Class Action Settlement filed herein on November 13, 2007 (Doc. 35), a Final Approval Hearing was held at 8:30 a.m. on February 20, 2008 in Courtroom 4 of this Court. Plaintiff, individually and on behalf of all others similarly situated (collectively "plaintiffs"), appeared at the hearing by telephone through class counsel, Jerry Budin. Defendants Hartwick & Hand, Inc. and Stacy Hand ("H&H") appeared at the hearing by telephone through counsel John D. Higginbotham of Best, Best & Krieger LLP. The case was called at the hearing and the Court inquired whether anyone else in the courtroom was present to participate in the hearing. There was no

1  response to this inquiry. The Court then inquired of counsel
2  whether they expected anyone to appear at the hearing. Both
3  counsel responded in the negative.
4      Having considered Plaintiff's Memorandum Of Points And
5  Authorities and Class Counsel's Declaration In Support Of Final
6  Approval Of Class Action Settlement and the papers previously filed
7  herein, the Court makes the following Findings:
8      1.  No class member or interested individual appeared
9  personally at the time and place for the Final Approval Hearing
10 (February 20, 2008, 8:30 a.m., Courtroom 4) which was contained in
11 the Notice Of Proposed Class Action Settlement And Fairness Hearing
12 [Exhibit 1 attached to Preliminary Approval Order (Doc. 35)].
13     2.  The Court finds that notice to the classes was
14 the best practicable under the circumstances and was satisfied and
15 timely mailed as previously ordered by the Court.
16     3.  The Court finds that the consideration for the
17 proposed settlement is fair, adequate, and reasonable.
18     4.  The Court finds that there were no objections to or
19 requests for exclusion from the proposed settlement.
20     5.  The Court finds that the settlement was not
21 collusive, and that the parties have engaged in sufficient
22 discovery to understand the strengths and weaknesses of their own
23 and their opponent's cases.
24     6.  The Court finds that the lawyers representing the
25 parties were competent and experienced counsel, and that no party
26 has been subjected to any undue influence in reaching the
27 settlement.
28     7.  The Court finds that the attorney's fees

1  ($11,250.00) and costs ($2,799.44) requested by Class Counsel,
2  Jerry Budin, in the total sum of $14,049.44 are fair and
3  reasonable.

4      8.   The Court finds that the formula for disbursement
5  of the settlement proceeds to the Classes and the procedure for
6  administration of that disbursement as set forth in the Stipulation
7  Regarding Settlement Of Class Action are fair, adequate and
8  reasonable.

9      9.   The Court finds that a payment of $2,500.00 to
10 Class Representative John Crowe for his efforts and services on the
11 behalf of the Classes in this litigation is fair and reasonable.

12     10.   The Court finds that the Settlement Class members
13 are similarly-situated and meet the requirements for certification
14 of a class action under F.R.C.P. 23 and as a collective action
15 under 29 U.S.C. §216(b).

16 IT IS HEREBY ADJUDGED AND ORDERED that:

17     1.   The Stipulation Regarding Settlement Of Class Action
18 (Exhibit A to Preliminary Approval Order) is approved in full;

19     2.   Defendants H&H shall pay attorneys fees and costs in the
20 total sum of $14,049.44 to class counsel, Jerry Budin, pursuant to
21 the procedures set forth in the Stipulation;

22     3.   Defendants H&H shall make payments to the Settlement
23 Class members pursuant to the procedures and formulas set forth in
24 the Stipulation Regarding Settlement Of Class Action. The amounts
25 of the settlement payments are set forth in Exhibit A hereto;

26     4.   Defendants H&H shall make a payment of $2,500.00 to Class
27 Representative John Crowe for his efforts and services on behalf of
28 the Class in this litigation;

1  5.  This Court shall retain jurisdiction over this matter and
2 the parties for the purpose of enforcing compliance with said
3 Stipulation Regarding Settlement Of Class Action;

4  6.  Upon defendants H&H's satisfaction of their obligations
5 under said Stipulation Regarding Settlement Of Class Action and the
6 payment of all sums pursuant thereto, plaintiff's counsel shall
7 notify the court, whereupon this matter shall be dismissed with
8 prejudice.

9 DATED: Feb 20, 2008

LAWRENCE J. O'NEILL
UNITED STATE DISTRICT JUDGE

# EXHIBIT A

| CROWE v. H&H | |
| --- | --- |
| FINAL LIST | |
| Employee | GrossCheck |
| ACOSTA, LEONEL | 1,687.82 |
| ARCHER, DONALD R. | 41.55 |
| ARNOLD, DONALD E | 243.10 |
| BALDWIN, PAUL | 48.29 |
| BERRY JR., DENNIS | 26.34 |
| BLAIR, DERECK G | 33.79 |
| BLEVINS, MIKE D | 708.07 |
| BOGDAN, RICHARD D | 57.48 |
| BOYD, DENNIS L | 500.95 |
| BOYD, LYLE J | 204.20 |
| BUMCROT, DAVID G | 17.56 |
| CAMACHO, FRANCISCO | 9.63 |
| CARPENTER, JIM | 2.04 |
| CASTLEBERRY, RAY | 11.84 |
| COLVIN, KEVIN L | 273.63 |
| CORTEZ, FELIPE A | 1,393.99 |
| COULTER, RONALD L | 14.19 |
| CRISS, DANNY R | 13.17 |
| CROWE, JOHN M | 944.10 |
| CRUSE, RON | 35.12 |
| DAVIDSON, PATRICK A | 119.35 |
| DAVIS, JIMMY | 52.07 |
| DAVIS, KEITH D | 111.59 |
| DAY, GARY A | 1,393.99 |
| DIAZ, EDUARDO | 634.86 |
| DURAN, JUAN J | 122.42 |
| EVANS, WILLIAM A | 92.60 |
| FLANN, LEROY D | 72.69 |
| FLORES, ROBERTO P | 1,113.65 |
| FORBUS, ARLENE C | 708.07 |
| FULLER SR., ALFONSO | 1.02 |
| GAXIOLA, EFRAIN | 273.63 |
| GIULIANO, CHRIS | 13.17 |
| GOODEN, JOEL F | 18.58 |
| HAYS, DONALD W(DECEASED) | 96.99 |
| HEGUY, RONALD | 273.63 |
| HIGUERA, FERNANDO D | 89.24 |
| HOLT, DENNIS | 11.84 |
| HUNT, EVERETT | 27.36 |
| JACOBS, THOMAS | 9.63 |
| JOHNSON, SHEILA | 36.14 |
| JOHNSON, TIMOTHY | 1,374.72 |
| JONES, THOMAS W | 273.63 |
| LAYAM, JR., RODULFO A | 727.34 |
| LEDLOW, JOHNNY L | 625.22 |
| LOVE, ROBERT H | 244.12 |
| LUMAYE, STEPHEN K | 27.36 |
| LUNA, SR., MARIO H | 198.79 |
| MAIER, JOSEPH F | 8.78 |
| MARTINEZ, ARVISTO M | 70.33 |
| MATIENZO, FERMIN B | 717.71 |
| MENDOZA, DANNY | 18.58 |
| MILLER, KEN | 16.23 |
| MOORE, PAUL J | 4.39 |
| NAGLE, JACK A | 199.81 |

| Name | Amount |
|---|---|
| NAVARRO, DANIEL | 159.28 |
| NELSON, RONALD | 46.97 |
| NORTON, BOBBY R | 1,374.72 |
| PARRISH, RAYMOND T. | 75.04 |
| PRATT, GARY | 8.78 |
| QUAIL, DARRELL | 4.39 |
| RODRIGUEZ, JOHN . | 273.63 |
| RODRIGUEZ, MARC G | 708.07 |
| RODRIGUEZ, MIKE . | 1,425.78 |
| **RODRIGUEZ, PHILIP** | 16.23 |
| RODRIGUEZ, SERGIO | 401.72 |
| ROGERS, BRUCE A | 330.34 |
| ROTHWELL, MARK L | 81.48 |
| RYAN, DONALD H | 22.97 |
| SANCHEZ, CRUZ M | 778.40 |
| SCHOONOVER, ROBERT | 5.41 |
| SILVA, MARGARET | 20.62 |
| SILVER, ADAM | 1.02 |
| SINGH, SOHAN | 248.55 |
| **SITAL, JOSE** | 60.69 |
| SMITH, KARL L | 49.31 |
| SMOCK, PATRICK L | 94.65 |
| SOLANO, DANTE L | 612.70 |
| SPELLING, BILLY | 70.33 |
| SURACI, STEPHEN | 1.02 |
| TEAGUE, DANNY G | 331.40 |
| TENNIS, KEITH M | 273.63 |
| TEPLOW, DAVID . | 194.40 |
| THOMPSON, STANLEY | 25.01 |
| TORRES, JR, RODOLFO | 414.25 |
| TRUSSELL, ROGER | 2.04 |
| TURNER, DEANDRE L | 14.19 |
| VAN OORT, MICHAEL | 31.75 |
| VANDENHANDLE, DANIEL G | 199.81 |
| VASQUEZ, PEDRO J | 3.06 |
| VEALE, GEORGE W | 273.63 |
| VILLEGAS, JUAN S | 153.17 |
| VOTOW, CHRISTOPHER L | 32.77 |
| WEIGEL, BERNIE . | 1,656.02 |
| WEST, MIKE | 5.41 |
| WILHITE, RUSSELL . | 1,821.72 |
| WILSON, JR., RUSSELL | 31.75 |
| WOODMAN, JOSEPH A | 53.09 |
| YOUNG, GARY J. | 7.45 |
| ZIEPKE, RON | 7.45 |
| | 28,450.56 |