```
Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
JOHN CROWE, et al.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JOHN CROWE, et al., | CASE NO. CV-F-06-1302 LJO SMS |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| HARTWICK & HAND, INC., et al., | |
| Defendants. | |

Pursuant to ¶6 of the Order And Judgment On Final Approval Of Class Action Settlement entered herein on February 20, 2008 (Doc. 41), counsel hereby notify the Court that all of the obligations under said Judgment have been satisfied and, therefore, this matter should be dismissed with prejudice.

DATED: August 28, 2008                    LAW OFFICE OF JERRY BUDIN


                                          /s/ Jerry Budin
                                          Jerry Budin
                                          Attorney for Plaintiffs,
                                          JOHN CROWE, et al.

DATED: August 28, 2008          Best, Best & Krieger LLP

                                /s/ John David Higginbotham
                                JOHN DAVID HIGGINBOTHAM
                                Attorneys for Defendants,
                                HARTWICK & HAND, INC., et al.

**[PROPOSED] ORDER**

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice.  This case is closed.

IT IS SO ORDERED.

**Dated:   September 2, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE